UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re Application of                                     :
OOO PROMNEFTSTROY                                        :
for an Order to Conduct Discovery                          Case No. 15-mc-00290
for Use in a Foreign Proceeding,                         :
                                                           **NOTICE OF APPEARANCE**
           Petitioner.                                   :
                                                         :
-------------------------------------------------------- X

    PLEASE TAKE NOTICE that Loeb & Loeb LLP hereby appears in the above-entitled action as counsel for Respondent Eric Wolf and demands that a copy of all notices and other papers in this action be served upon the undersigned at 345 Park Avenue, New York, New York 10154.

Dated: New York, New York
       September 21, 2015

                                      LOEB & LOEB LLP

                                      By: */s/ Jon Hollis*
                                         Jon Hollis
                                         345 Park Avenue
                                         New York, New York 10154
                                         (212) 407-4000

                                      *Attorneys for Respondent*
                                      *Eric Wolf*